IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR156 |
| | ) | |
| v. | ) | |
| | ) | |
| MARSHALL J. WASHINGTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(C)(2) (Filing No. 86), and the stipulation of the parties (Filing No. 87). The government and defense agree that his sentence should be reduced to sixty (60) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

IT IS ORDERED:

1) Said motion to reduce sentence is granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to sixty (60) months. Defendant shall receive credit for all time served.

2) The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 9th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court